**\*\* E-filed February 10, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN GAPOL, | No. C10-05859 HRL |
| Plaintiff, | **ORDER SETTING SHOW CAUSE HEARING RE: SETTLEMENT** |
| v. | |
| P&B CAPITAL GROUP, LLC, | **[Re: Docket No. 9]** |
| Defendant. | |

Plaintiff advises the Court that the parties have reached a settlement in the above-entitled action. On or before **April 19, 2011**, the parties shall file a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by this date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **April 26, 2011 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

**IT IS SO ORDERED.**

Dated: February 10, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C10-05859 HRL Notice will be electronically mailed to:**

2 John DiNapoli jfd@dslaw.net
Nicholas Joseph Bontrager nbontrager@consumerlawcenter.com,
3 akrohn@consumerlawcenter.com,
courtfiling@consumerlawcenter.com

4
**Counsel are responsible for distributing copies of this document to co-counsel who have not
5 registered for e-filing under the court's CM/ECF program.**